## 15226.  HOLLAND v. THE STATE.

BROYLES, C. J.  1. The alleged newly discovered evidence is cumulative and impeaching and is not of such a character as would likely produce a different verdict upon another trial of the case.

2. There is no substantial merit in any special ground of the motion for a new trial.

3. The verdict was authorized by the evidence.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 6, 1924.

Indictment for bastardy; from Whitfield superior court—Judge Tarver.  November 17, 1923.

*George G. Glenn, John C. Mitchell,* for plaintiff in error.

*J. M. Lang, solicitor-general,* contra.

---

## 15227.  ISON v. THE STATE.

LUKE, J.  Practically the same assignments of error are urged in this case as in the case of *Gresham* v. *State,* ante, 779.  For no reason pointed out did the court err in overruling the motion for a new trial.

*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 6, 1924.

Indictment for manufacture of liquor; from Coweta superior court—Judge Roop.  November 22, 1923.

*A. H. Freeman,* for plaintiff in error.

*W. Y. Atkinson, solicitor-general,* contra.